Clerk's Use Only

Initial for fee pd.:

Jason S. Dubner, Esq., Butler Rubin Saltarelli & Boyd LLP,
70 West Madison St., Suite 1800, Chicago IL 60602, Tel: (312) 696-4456

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CLEARWATER INSURANCE COMPANY,

    Plaintiff(s),

    v.

GRANITE STATE INSURANCE COMPANY, et al.

    Defendant(s).

CASE NO. C 06 4472

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Jason S. Dubner, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Petitioner/Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Robin D. Craig, Craig & Winkelman LLP
2150 Shattuck Ave., Suite 1220, Berkeley, CA  94704, (510) 549-3330

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/1/06

09/05/2006 00:36 5102175894 PAGE 02

Case 3:06-cv-04472-SI Document 14 Filed 09/05/2006 Page 2 of 3
Case 3:06-cv-04472-SI Document 16 Filed 09/07/06 Page 2 of 3

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Jason S. Dubner

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 25, 1998 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, August 31, 2006.

*Juleann Hornyak*
Clerk

09/05/2006 00:36 5102175894 PAGE 03

Case 3:06-cv-04472-SI Document 14 Filed 09/05/2006 Page 3 of 3
Case 3:06-cv-04472-SI Document 16 Filed 09/07/06 Page 3 of 3

UNITED STATES DISTRICT COURT

Northern District of California

CLEARWATER INSURANCE COMPANY

Plaintiff(s),

v.

GRANITE STATE INSURANCE COMPANY, et. al.

Defendant(s).

CASE NO. C 06 4472

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jason S. Dubner , an active member in good standing of the bar of

Illinois whose business address and telephone number

(particular court to which applicant is admitted)

is

Butler Rubin Saltarelli & Boyd LLP,
70 West Madison St., Suite 1800
Chicago, IL 60602, Telephone (312) 696-4483

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District Judge