1  Robin D. Craig, Esq. (State Bar No. 130935)
   CRAIG & WINKELMAN LLP
2  2150 Shattuck Avenue, Suite 1220
   Berkeley, California 94704
3  Telephone: (510) 549-3330
   Facsimile: (510) 217-5894
4

5  Ira Belcove, Esq. (*Pro hac vice*)
   BUTLER RUBIN SALTARELLI & BOYD LLP
6  70 West Madison St., Suite 1800
   Chicago, Illinois 60602
7  Telephone: (312) 696-4483
   Facsimile: (312) 444-9843

8  Counsel for Petitioner
9  CLEARWATER INSURANCE COMPANY

   Linda Dakin-Grimm, Esq. (State Bar No. 119630)
10 Michael Haravon, Esq. (State Bar No. 236983)
   MILBANK, TWEED, HADLEY & McCLOY LLP
11 601 South Figueroa Street, 30th Floor
   Los Angeles, California 90017
12 Telephone: (213) 892-4000
   Facsimile: (213) 629-5063
13

14 Counsel for Respondents GRANITE STATE
   INSURANCE COMPANY, NEW HAMPSHIRE
15 INSURANCE COMPANY and THE INSURANCE
   COMPANY OF THE STATE OF PENNSYLVANIA

16                  UNITED STATES DISTRICT COURT

17            FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

19 CLEARWATER INSURANCE                    )  Case Nos: C06 4472 (SI)
   COMPANY,                                )            C06 4500 (SI)
20                                         )            C06 4501 (SI)
              Petitioner,                  )            C06 4502 (SI)
21                                         )
          vs.                              )
22                                         )  JOINT CASE MANAGEMENT
   GRANITE STATE INSURANCE                 )  CONFERENCE STATEMENT AND
23 COMPANY, NEW HAMPSHIRE                  )  REQUEST TO VACATE OR CONTINUE
   INSURANCE COMPANY, and THE              )  CASE MANAGEMENT CONFERENCE
24 INSURANCE COMPANY OF THE                )
   STATE OF PENNSYLVANIA,                  )  Date:  October 27, 2006
25                                         )  Time:  2:00 p.m.
              Respondents.                 )  Dept:  Courtroom 10
26                                         )         Hon. Susan Illston
                                           )
27                                         )

28

Craig & Winkelman LLP

                                           1

Craig & Winkelman LLP

1    The parties in the above-entitled actions jointly submit this Case Management Statement
2    and request to vacate or continue the Case Management Conference in this case, as further set
3    forth below.

4    The four petitions to compel arbitration, referenced above, arise out of a series of disputes
5    between Clearwater Insurance Company ("Petitioner") and Granite State Insurance Company,
6    New Hampshire Insurance Company and The Insurance Company of the State of Pennsylvania
7    (collectively "Respondents") pursuant to arbitration clauses in four reinsurance agreements.

8    Both Petitioner and Respondents agree that, under the terms of the four reinsurance
9    agreements, their pending disputes are subject to arbitration in accordance with the Federal
10   Arbitration Act, 9 U.S.C. Section 4. By these petitions, Petitioner sought an order compelling the
11   appointment of a third arbitrator under the procedure set forth in the reinsurance agreements at
12   issue. Respondents opposed the Petitions on procedural grounds, but does not contend that the
13   underlying disputes are subject to arbitration.

14   The Petitions came on regularly for hearing on September 29, 2006, and the Court's order
15   was filed on October 2, 2006, directing the parties to exchange slates of third arbitrator
16   candidates, in accordance with the procedures set forth in the agreements, by November 1, 2006.
17   *10/02/06 Order, p. 5:1-6.*

18   In the meantime, a Case Management Conference has been scheduled in all four cases for
19   October 27, 2006.    The parties have not filed a Stipulation and Proposed Order selecting an
20   ADR process, or exchanged initial disclosures under Rule 26(f) of the Federal Rules of Civil
21   Procedure, or developed a proposed discovery plan or trial schedule, because none of these
22   procedural mechanisms will apply to this dispute.  Instead, due to the nature and limited scope of
23   the relief sought by these Petitions, the parties hereby jointly request that Court vacate the
24   scheduled Case Management Conference, or continue the Case Management Conference until
25   after the parties have proceeded with the exchange of arbitrator candidate slates under the
26   schedule set forth in the Court's October 2, 2006 Order.

27   ///

28   ///

2

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST TO VACATE OR CONTINUE CASE MANAGEMENT
CONFERENCE – Case Nos. C06 4472 (SI), C06 4500 (SI), C06 4501 (SI), C06 4502 (SI)

1

2   DATED: 10/05/06

3

4

5

6

7

8

9

10

Respectfully submitted,

CRAIG & WINKELMAN LLP

By: Robin Craig
Robin D. Craig, Esq.
Counsel for Petitioner CLEARWATER
INSURANCE COMPANY

Of Behalf of Counsel *pro hac vice*:
Ira J. Belcove, Esq.
Butler, Rubin, Saltarelli & Boyd
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

11  DATED: 10/05/2006

12

13

14

15

16

17

MILBANK, TWEED, HADLEY & McCLOY LLP

By: Michael Haravon
Michael Haravon, Esq.
Counsel for Respondents GRANITE STATE
INSRUANCE COMPANY, NEW HAMPSHIRE
INSRUANCE COMPANY and THE INSURANCE
COMPANY OF TH STATE OF PENNSYLVANIA

18      IT IS HEREBY ORDERED THAT the Case Management Conference presently scheduled

19  for October 27, 2006 at 2:00 p.m. is VACATED.

20                                  *[OR]*

21      IT IS HEREBY ORDERED THAT the Case Management Conference presently scheduled

22  for October 27, 2006 at 2:00 p.m. is CONTINUED to December 15, 2006       2 p.m.
                                                        _____, 2006 at _____.

23

24  Dated: _____

25

26

27

28

Hon. Susan Illston
Judge of the U.S. District Court

3

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST TO VACATE OR CONTINUE CASE MANAGEMENT
CONFERENCE – Case Nos. C06 4472 (SI), C06 4500 (SI), C06 4501 (SI), C06 4502 (SI)

Craig & Winkelman LLP