1    CRAIG AND WINKELMAN LLP
     Robin D. Craig (SBN 130935)
2    2150 Shattuck Avenue, Suite 1220
     Berkeley, California 94704
3    Telephone:    (510) 549-3330
     Facsimile:    (510) 217-5894
4    Email:        robindcraig@sbcglobal.net

5    BUTLER RUBIN SALTARELLI & BOYD LLP
     Ira Belcove (*Pro Hac Admission*)
6    70 West Madison Street, Suite 1800
     Chicago, Illinois 60604
7    Telephone:    (312) 696-4483
     Facsimile:    (312) 444-9843
8    Email:        ibelcove@butlerrubin.com

9    Attorneys for Petitioner
     CLEARWATER INSURANCE COMPANY
10

11   MILBANK, TWEED, HADLEY & McCLOY LLP
     Linda Dakin-Grimm (SBN No. 119630)
     Michael Haravon (SBN No. 236983)
12   601 South Figueroa Street, 30th Floor
     Los Angeles, CA  90017-5735
13   Telephone:    (213) 892-4000
     Fax:          (213) 629-5063
14   Email:        MHaravon@milbank.com

15   Attorneys for Respondents GRANITE STATE
     INSURANCE COMPANY, NEW HAMPSHIRE
16   INSURANCE COMPANY and THE INSURANCE
     COMPANY OF THE STATE OF PENNSYLVANIA
17

18                     UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                       SAN FRANCISCO DIVISION

21

22   CLEARWATER INSURANCE            Case No.  C 06 4472 (SI)
     COMPANY,
                                     [Related to Case Nos.: C 06 4500 (SI),
23                                    C 06 4501 (SI), and C 06 4502 (SI)]
                       Petitioner,
24                                   *ASSIGNED FOR ALL PURPOSES TO THE*
            v.                       *HONORABLE SUSAN ILLSTON*
25
     GRANITE STATE INSURANCE
26   COMPANY, et al.,                **STIPULATION OF DISMISSAL AND**
                                     **[PROPOSED] ORDER**
27                     Respondents.
                                     Petition Filed July 21, 2006
28

     STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
                                                         Case No.  C 06 4472

1    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through

2    their respective undersigned counsel, that the above-entitled action shall be dismissed without

3    prejudice and with each party to bear its own costs.

4    Dated: November 20, 2006        CRAIG AND WINKELMAN LLP

5

6                                    By: _Robin Craig_____

7                                        Robin D. Craig

8                                    2150 Shattuck Avenue, Suite 1220
                                     Berkeley, California 94704
9                                    Telephone: (510) 549-3330
                                     Facsimile: (510) 217-5894

10

11                                   BUTLER RUBIN SALTARELLI & BOYD LLP
                                     Ira Belcove, Esq.
                                     70 West Madison Street, Suite 1800
12                                   Chicago, Illinois 60604
                                     Telephone: (312) 696-4483
13                                   Facsimile: (312) 444-9843

14                                   Attorneys for Petitioner CLEARWATER INSURANCE
                                     COMPANY
15

16   Dated: November 17, 2006        MILBANK, TWEED, HADLEY & McCLOY LLP

17

18                                   By:_Michael Haravon_____
                                        Michael Haravon

19                                   601 South Figueroa Street, 30th Floor
                                     Los Angeles, CA  90017-5735
20                                   Telephone:    (213) 892-4000
                                     Fax:          (213) 629-5063
21

22                                   Attorneys for Respondents GRANITE STATE
                                     INSURANCE COMPANY, NEW HAMPSHIRE
23                                   INSURANCE COMPANY and THE INSURANCE
                                     COMPANY OF THE STATE OF PENNSYLVANIA
24
     LA1:#6336993v1
25

26

27

28
                                           -2-
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
                                                            Case No. C 06 4472

1

ORDER

2

**IT IS SO ORDERED.**

3

4

Dated: _____

5

6
                                        The Honorable Susan Illston

7
                                        JUDGE OF THE NORTHERN DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Case No.  C 06 4472